UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, et al.<br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>and<br><br>ALPHABET INC.,<br><br>*Defendants*. | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' FEDERAL RULE 7.1 AND LOCAL RULE 26.1 DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, the undersigned, counsel of record for Plaintiffs Penske Media Corporation; Artforum Media, LLC; Art Media, LLC; Billboard Media, LLC; Deadline Hollywood, LLC; Fairchild Publishing, LLC; Gold Derby Media, LLC; The Hollywood Reporter, LLC; Indiewire Media, LLC; Rolling Stone LLC; SheMedia, LLC; Sourcing Journal Media, LLC; Sportico Media, LLC; Variety Media, LLC; and Vibe Media Publishing, LLC (collectively, "Plaintiffs"), make the following disclosures to the best of my knowledge and belief for each of the Plaintiffs. None of the entities disclosed below are public entities.

- Penske Media Corporation ("PMC") – None.

- Artforum Media, LLC – Artforum Media is a subsidiary of PMC.

- Art Media, LLC – Art Media is a subsidiary of PMC.

- Billboard Media, LLC – Billboard Media is a subsidiary of PME Music, LLC. PME Music, LLC is, in turn, a subsidiary of PME Holdings, LLC. PME Holdings, LLC is, in turn, a subsidiary of PME TopCo, LLC. PME TopCo, LLC is, in turn, a subsidiary of PMC.

- Deadline Hollywood, LLC – Deadline Hollywood is a subsidiary of Penske Business Media, LLC, which is, in turn, a subsidiary of PMC.

- Fairchild Publishing, LLC – Fairchild Publishing is a subsidiary of PMC.

- Gold Derby Media, LLC – Gold Derby Media is a subsidiary of Penske Business Media, LLC, which is, in turn, a subsidiary of PMC.

- The Hollywood Reporter, LLC – The Hollywood Reporter is a subsidiary of PME Holdings, LLC. PME Holdings, LLC is, in turn, a subsidiary of PME TopCo, LLC. PME TopCo, LLC is, in turn, a subsidiary of PMC.

- Indiewire Media, LLC – Indiewire Media is a subsidiary of Penske Business Media, LLC, which is, in turn, a subsidiary of PMC.

- Rolling Stone LLC – Rolling Stone is a subsidiary of Rolling Stone Media, LLC. Rolling Stone Media, LLC is, in turn, a subsidiary of PME Music, LLC.  PME Music, LLC is, in turn, a subsidiary of PME Holdings, LLC. PME Holdings, LLC is, in turn, a subsidiary of PME TopCo, LLC. PME TopCo, LLC is, in turn, a subsidiary of PMC.

- SheMedia, LLC – SheMedia is a subsidiary of PMC.

- Sourcing Journal Media, LLC – Sourcing Journal Media is a subsidiary of PMC.

- Sportico Media, LLC – Sportico Media is a subsidiary of PMC.

- Variety Media, LLC – Variety Media is a subsidiary of PME Holdings, LLC. PME Holdings, LLC is, in turn, a subsidiary of PME TopCo, LLC. PME TopCo, LLC is, in turn, a subsidiary of PMC.

- Vibe Media Publishing, LLC – Vibe Media Publishing is a subsidiary of PME Music, LLC. PME Music, LLC is, in turn, a subsidiary of PME Holdings, LLC. PME Holdings, LLC is, in turn, a subsidiary of PME TopCo, LLC. PME TopCo, LLC is, in turn, a subsidiary of PMC.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: September 12, 2025

Respectfully submitted,

*/s/ Ian Crosby*
Ian Crosby (Bar ID: WA0036)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com

*Counsel for Plaintiffs*