AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| PENSKE MEDIA CORPORATION, et al. *Plaintiff* v. GOOGLE LLC; ALPHABET INC., *Defendant* | Case No. 1:25-cv-03192-APM |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Google LLC and Alphabet Inc.

Date:   10/03/2025

*/s/ David Gringer*
*Attorney's signature*

David Gringer (Bar No. 1001200)
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
*Address*

david.gringer@wilmerhale.com
*E-mail address*

(212) 230-8800
*Telephone number*

(212) 230-8888
*FAX number*