IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, et al.,<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>　　　　　　　　　　*Defendants*. | Case No. 1:25-cv-03192-APM |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Google LLC and Alphabet Inc. respectfully move this Court to dismiss Plaintiffs' Complaint (ECF No. 1) with prejudice.

Defendants request oral argument.

Dated: November 6, 2025                Respectfully submitted,

By: */s/ Sonal N. Mehta*
Sonal N. Mehta*
Chris Johnstone*
WILMER CUTLER PICKERING HALE
AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
sonal.mehta@wilmerhale.com
chris.johnstone@wilmerhale.com
*Admitted Pro Hac Vice*

David Gringer (Bar No. 1001200)
Paul Vanderslice (Bar No. 888314605)
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
david.gringer@wilmerhale.com
paul.vanderslice@wilmerhale.com

*Counsel for Defendants Google LLC & Alphabet Inc.*