UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PENSKE MEDIA CORPORATION, et al.,

    *Plaintiffs,*

v.

GOOGLE LLC and ALPHABET INC.,

    *Defendants*.

Civil Action No.: 1:25-cv-03192-APM

## JOINT STATUS REPORT

Pursuant to the Court's December 5, 2025 Minute Order, the parties have conferred and respectfully submit this Joint Status Report.

The parties jointly request that the Court enter an order setting the following deadlines for Defendants' response to Plaintiffs' Amended Complaint, Dkt. 17, and briefing on Defendants' motion to dismiss:

1. Defendants' motion: **January 12, 2026**

2. Plaintiffs' opposition: **February 12, 2026**

3. Defendants' reply: **March 5, 2026**

1

| | |
|---|---|
| Dated: December 12, 2025 | Respectfully submitted, |
| By: */s/ Ian Crosby*<br>Ian Crosby (Bar ID: WA0036)<br>SUSMAN GODFREY L.L.P.<br>401 Union Street, Suite 3000<br>Seattle, WA 98101<br>Telephone: (206) 516-3880<br>Facsimile: (206) 516-3883<br>icrosby@susmangodfrey.com<br><br>Davida Brook (Bar ID: CA00117)<br>Halley Josephs (Bar ID: CA00217)<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br>dbrook@susmangodfrey.com<br>hjosephs@susmangodfrey.com<br><br>Geng Chen (*pro hac vice* forthcoming)<br>Y. Gloria Park (Bar ID: NY0615)<br>Elizabeth Aronson (Bar ID: NY0645)<br>SUSMAN GODFREY L.L.P.<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Telephone: (212) 336-8330<br>Facsimile: (212) 336-8340<br>gchen@susmangodfrey.com<br>gpark@susmangodrey.com<br>baronson@susmangodfrey.com<br><br>*Counsel for Plaintiffs Penske Media Corporation, Billboard Media, LLC, Deadline Hollywood, LLC, Fairchild Publishing, LLC, Gold Derby Media, LLC, The Hollywood Reporter, LLC, Indiewire Media, LLC, Rolling Stone LLC, SheMedia, LLC, & Variety Media, LLC* | By: */s/ Sonal N. Mehta*<br>Sonal N. Mehta (*pro hac vice*)<br>Chris Johnstone (*pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br>sonal.mehta@wilmerhale.com<br>chris.johnstone@wilmerhale.com<br><br>David Gringer (Bar No. 1001200)<br>Paul Vanderslice (Bar No. 888314605)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br>david.gringer@wilmerhale.com<br>paul.vanderslice@wilmerhale.com<br><br>*Counsel for Defendants Google LLC & Alphabet Inc.* |

2