UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

PENSKE MEDIA CORPORATION, et al.

    *Plaintiffs*,

v.

GOOGLE LLC and ALPHABET INC.,

    *Defendants*.

Civil Action No. 1:25-cv-03192-APM

**PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO CONSOLIDATE ORAL ARGUMENT**

    Plaintiffs oppose Defendants' motion to consolidate oral argument on Defendants' not-yet-filed motion to dismiss Plaintiffs' Amended Complaint with the fully briefed pending motion to dismiss in *Chegg, Inc. v. Google LLC*, No. 25-cv-00543-APM, ECF No. 19.

    Defendants' motion is premature. Plaintiffs filed their Amended Complaint in this case on December 4, 2025. *See* ECF No. 17. Defendants' forthcoming motion to dismiss Plaintiffs' Amended Complaint is not due until January 12, 2026. *See Penske Media Corp. v. Google LLC*, No. 25-cv-03192, 12/15/25 Minute Order. That motion will not be fully briefed until March 2026. *Id.* By contrast, the pending motion to dismiss in *Chegg* has been fully briefed since September 2025. *See Chegg, Inc. v. Google LLC*, No. 25-cv-00543-APM, ECF No. 21. Moreover, a motion to dismiss has been fully briefed and pending before this Court for over a year in the related case *Helena World Chronicle, LLC v. Google LLC*, No. 23-cv-03677, ECF No 41. There is no reason why a not-yet-briefed motion to dismiss in this case should impact the ongoing proceedings in *Chegg*.

    Accordingly, Plaintiffs oppose Defendants' motion to consolidate.

1

Dated:  December 16, 2025

Respectfully submitted,

By: */s/ Ian Crosby*

Ian Crosby (Bar ID: WA0036)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com

Davida Brook (Bar ID: CA00117)
Halley Josephs (Bar ID: CA00217)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com
hjosephs@susmangodfrey.com

Geng Chen (*pro hac vice* application forthcoming)
Y. Gloria Park (Bar ID: NY0615)
Elizabeth Aronson (Bar ID: NY0645)
Kaholi Kiyonami (*pro hac vice* application forthcoming)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
gchen@susmangodfrey.com
gpark@susmangodrey.com
baronson@susmangodfrey.com
kkiyonami@susmangodfrey.com

*Counsel for Plaintiffs Penske Media Corporation, Billboard Media, LLC, Deadline Hollywood, LLC, Fairchild Publishing, LLC, Gold Derby Media, LLC, The Hollywood Reporter, LLC, Indiewire Media, LLC, Rolling Stone LLC, SheMedia, LLC, and Variety Media, LLC*