UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Civil Action No. 1:25-cv-03192-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO CONSOLIDATE ORAL ARGUMENT ON MOTIONS TO DISMISS**

Upon consideration of Defendants' Motion to Consolidate Oral Argument on Defendants' not-yet-filed motion to dismiss Plaintiffs' Amended Complaint with the fully briefed pending motion to dismiss in *Chegg, Inc. v. Google LLC*, No. 25-cv-00543-APM, it is hereby ORDERED that the Motion is DENIED.

Dated: December ____, 2025

_____
Hon. Amit P. Mehta
United States District Court Judge

1