**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**PENSKE MEDIA CORPORATION, *et al.*,**

**Plaintiffs,**

**v.**

**GOOGLE LLC, *et al.*,**

**Defendants.**

**Case No. 25-cv-03192 (APM)**

# ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 32, Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, ECF No. 25, is granted, without prejudice.

This is a final, appealable order.

Dated: September 30, 2026

Amit P. Mehta
United States District Judge