# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

Plaintiff: **Penske Media Corporation, et al.,**

vs. Civil Action No. **1:25-cv-03192-APM**

Defendant: **Google LLC and Alphabet Inc.,**

## CIVIL NOTICE OF APPEAL

Notice is hereby given this 29 day of October 2026, that Plaintiffs Penske Media Corporation, et al., hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this court entered on the 30 day of September, 2026, in favor of Google LLC and Alphabet Inc. against said Penske Media Corporation, et al.

Attorney/Pro Se Party Signature: [signature]

Name: Ian Crosby

Address: SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101

Telephone: (206) 516-3880

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017